# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)  ROLAND KEITH BATES, as Special Administrator of the Estate of ROLAND KYLE BATES, Deceased,<br><br>  Plaintiff,<br><br>v.<br><br>(1) SHERIFF OF CLEVELAND COUNTY, OKLAHOMA, IN HIS OFFICIAL CAPACITY,<br>(2) TURN KEY HEALTH CLINICS, LLC,<br>(3) RED ROCK BEHAVIORAL HEALTH,<br>(4) MEGAN SHELBY, LPC,<br>(5) DOES ##1-5, AND<br>(6) SARAH NUNEZ,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:23-cv-00421-J |

## CORPORATE DISCLOSURE STATEMENT BY
## DEFENDANT TURN KEY HEALTH CLINICS, LLC

Pursuant to the requirements of Fed. R. Civ. P. 7.1(b)(2) and LCvR7.1.1, Turn Key Health Clinics, LLC, a named Defendant in the above-styled cause, makes the following disclosure statement reflecting changes in previously disclosed information:

1. Turn Key Health Clinics, LLC is not a publicly held corporation or other publicly held entity.

2. TK Health Holdings, LLC (a Delaware limited liability company) and TCSCFI TK, LLC (a Delaware limited liability company) are the parent corporations of Turn Key Health Clinics, LLC.

3. TK Health Holdings, LLC and TCSCFI TK, LLC are not publicly held corporations.

4. No publicly held corporation or other publicly held entity owns 10% or more of Turn Key Health Clinics, LLC.

5. No publicly held corporation or other publicly held entity has a direct financial interest in the outcome of this litigation.

6. Turn Key Health Clinics, LLC has no subsidiaries.

7. Turn Key Health Clinics, LLC is not a trade association.

Furthermore, pursuant to the requirements of LCvR 7.1.1, Defendant Turn Key Health Clinics, LLC hereby discloses that TK Health Holdings, LLC is currently the only member of Turn Key Health Clinics, LLC.

Dated this 4th day of May, 2023.

Respectfully submitted,

*s/ Alexandra G. Ah Loy*
Alexandra G. Ah Loy, OBA #31210
HALL BOOTH SMITH, P.C.
6301 Waterford Blvd, Ste 200
Oklahoma City, Oklahoma 73118
Telephone: 405-513-7111
Facsimile: 405-768-1414
allieahloy@hallboothsmith.com
*Attorney for Defendant,*
*Turn Key Health Clinics, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on the <u>12th</u> day of <u>July</u> 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the registered ECF parties of record:

danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok.com

                                                           <u>*/s/Alexandra G. Ah Loy*</u>
                                                           ALEXANDRA G. AH LOY